IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DWIGHT JERECZEK<br>STAN ELLIOTT,<br><br>Plaintiff(s),<br><br>v.<br><br>MBIA INC; AMBAC FINANCIAL GROUP, INC.; AMBAC ASSURANCE CORPORATION; MBIA INSURANCE CORPORATION; NATIONAL PUBLIC,<br><br>Defendant(s)/<br>Third-Party Plaintiff(s),<br><br>v.<br><br><br><br>Third-Party Defendant(s). | Civil Action No. 3:25-cv-00223 |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs,
(type of party)
Dwight Jereczek, of California, Stan Elliott of Florida , make the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

    ☐ YES  ☒ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/Ralph Strzalkowski
Signature of Counsel for Party

Date: 2/13/2025