# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## Hon. Sarah F. Russell, U.S. District Judge

## **ELECTRONIC FILING ORDER**

The Court orders that the parties must file all documents in this case electronically. The following requirements are imposed:

1. Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures that implement the District's CM/ECF system.

2. Documents filed electronically must be filed in OCR text searchable PDF format.

3. For any case in which a party is represented by counsel, counsel must promptly mail or deliver to chambers a single courtesy hard copy of any filing, including exhibits, attachments, or supporting memoranda of law, if the filing (taken together with those exhibits, attachments, or memoranda) exceeds **30 pages** in length. All courtesy copies must bear the CM/ECF document identification heading on each page. This requirement for a courtesy copy applies only to filings by counsel for represented parties and does not apply to self-represented litigants.

   When a courtesy copy contains multiple exhibits or appendices, the exhibits or appendices should be bound or in a binder, separated by numbered tabs, with a sheet at the front of the bound copy or binder indicating which tab corresponds to each exhibit or appendix.

                                                           IT IS SO ORDERED.

                                                  /s/ **_Sarah F. Russell_** _____
                                                  Sarah F. Russell
                                                  United States District Judge