AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    3:25-cv-00223-SFR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Ambac Financial Group, Inc**
was recieved by me on **5/07/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **nadia bellamy**, who is designated by law to accept service of process on behalf of **Ambac Financial Group, Inc** at **CORPORATION TRUST CENTER, 1209 ORANGE ST 19801, WILMINGTON, DE 19801** on **05/08/2025 at 8:58 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 210.00** for services, for a total of **$ 210.00**.

I declare under penalty of perjury that this information is true.

Date:   05/08/2025

*Server's signature*

**Neil Alix Romero**
*Printed name and title*

**679 Robinson Ln
B
Wilmington, DE 19805**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Summons; Standing Protective Order; Electronic Filing Order; DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1; ORDER ON PRETRIAL DEADLINES; NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION; AMENDED COMPLAINT,  to nadia bellamy who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 18-25 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with glasses.**



Tracking #: **0168789613**

