Civil Action No.   3:25-cv-00223-SFR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **AMBAC Assurance Corporation** was recieved by me on **5/13/2025**:

- ☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- ☒ I served the summons on **the corporation trust company**, who is designated by law to accept service of process on behalf of **AMBAC Assurance Corporation** at **CORPORATION TRUST CENTER 1209 ORANGE ST, WILMINGTOn, DE 19801 on 05/13/2025 at 8:54 AM**; or

- ☐ I returned the summons unexecuted because ; or

- ☐ Other *(specify)*

My fees are $ 0 for travel and $ 140.00 for services, for a total of $ 140.00.

I declare under penalty of perjury that this information is true.

Date:

_____
Neil Alix Romero
*Server's signature*

_____
**Neil Alix Romero**
*Printed name and title*

**679 Robinson Ln
B
Wilmington, DE 19805**
_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Summons; Standing Protective Order; Electronic Filing Order; DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1; ORDER ON PRETRIAL DEADLINES; NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION; AMENDED COMPLAINT, to the corporation trust company, registered agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**




Tracking #: 0169267048